UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ROBERT WITCZAK,<br><br>  Plaintiff,<br><br>  v.<br><br>JARED D. LOZANO, et al.,<br><br>  Defendants. | Case No. 20-cv-01566-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 23 |

Good cause being shown, Plaintiff's request for an extension of time to file his amended complaint is GRANTED. Dkt. No. 23. By December 11, 2020, Plaintiff shall file an amended complaint. Failure to file an amended complaint in accordance with the Court's September 29, 2020 order (Dkt. No. 22) in the time provided in this order will result in dismissal of this action without further notice to Plaintiff.

This order terminates Dkt. No. 23.

**IT IS SO ORDERED.**

Dated: 10/29/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge