UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ROBERT WITCZAK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JARED D. LOZANO, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-01566-HSG<br><br>**ORDER DENYING REQUEST FOR EXTENSION OF TIME WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 38 |

　　Plaintiff, an inmate at Valley State Prison, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  On July 27, 2021, the Court dismissed the second amended complaint for failure to state a claim; entered judgment in favor of Defendants and against Plaintiff; and closed the case.  Dkt. Nos. 36, 37.  On or about August 20, 2021, Plaintiff filed a request for an extension of time.  Dkt. No. 38.  However, Plaintiff does not specify what deadline he seeks to extend.  Accordingly, his request for an extension of time is DENIED without prejudice to re-filing specifying what deadline he seeks to extend and how long of an extension of time is needed.

　　This order terminates Dkt. No. 38.

　　**IT IS SO ORDERED.**

Dated: 8/31/2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge