United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    DANIEL ROBERT WITCZAK,                   Case No.  20-cv-01566-HSG

8              Plaintiff,                      **ORDER DENYING REQUEST FOR
                                              RECONSIDERATION**
9         v.
                                              Re: Dkt. No. 45
10   JARED D. LOZANO, et al.,

11             Defendants.

12

13        Plaintiff, an inmate at Valley State Prison, filed this *pro se* civil rights action pursuant to

14   42 U.S.C. § 1983.  On July 27, 2021, the Court dismissed this action with prejudice for failure to

15   state a claim, and entered judgment in favor of Defendants.  Dkt. Nos. 36, 37.  Plaintiff appealed.

16   Dkt. No. 40.  On November 10, 2021, the Ninth Circuit Court of Appeals dismissed the appeal for

17   lack of jurisdiction, finding that Plaintiff had failed to timely file a notice of appeal.  Dkt. No. 42.

18   The Ninth Circuit's judgment took effect on December 1, 2021.  Dkt. No. 43.

19        Now pending before the Court is Plaintiff's request for reconsideration.  Plaintiff requests

20   that this Court reconsider the Ninth Circuit's dismissal of his appeal because he has newly

21   discovered evidence that his appeal was timely and that his timely appeal means that the district

22   court has jurisdiction.  Dkt. No. 45.  Plaintiff states that he did not receive the appeal until August

23   2, 2021, was unable to file for access to the law library until August 10, 2021, and did not access

24   the law library until on or about August 20, 2021.  He argues that his August 31, 2021 notice of

25   appeal was filed within 30 days after he received the order of dismissal on August 2, 2021, and

26   that the notice of appeal is therefore timely.  *See generally* Dkt. No. 45.  The Court DENIES

27   Plaintiff's request that this Court reconsider the Ninth Circuit's dismissal for lack of jurisdiction.

28   This Court has no jurisdiction to review orders issued by the Ninth Circuit Court of Appeals.  *Cf.*

28 U.S.C. § 1291 (appellate courts have jurisdiction over final decisions of district courts).

This order terminates Dkt. No. 45.

**IT IS SO ORDERED.**

Dated:  6/2/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California